UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-67-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KEVIN WARD, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of the Defendant, Kevin Ward, and for good cause shown, it is hereby ORDERED that Defendant's Sentencing Memorandum be filed under seal, and remain so sealed until further ordered by the Court.

So ORDERED, this 16 day of June, 2016.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE